UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------

YOSEF LOWENBEIN                                         11 CV 1296 (ARR)


                            Plaintiff,

                                                **STIPULATION OF
                                                DISCONTINUANCE WITH
                                                PREJUDICE**

                    -against-

LTD FINANCIAL SERVICES, L.P.

                            Defendant.
----------------------------------------------------------

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of their respective clients, (the defendant not having appeared) that

pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice

and without costs to either party.  Any claims of any putative class members are

dismissed without prejudice.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.